Midland Borough, Appellant, *v.* Midland Police Department.

Argued April 29, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Charles M. Marshall,* with him *Good and Marshall,* for appellant.

*Robert E. Kunselman,* with him *Reed, Sohn, Reed & Kunselman,* for appellees.

OPINION PER CURIAM, October 12, 1971:

This matter is herewith transferred to the Commonwealth Court as it is one where the application, interpretation and enforcement of an "act of the General Assembly regulating the affairs of political subdivisions, municipality and other local authorities or other public corporations or of the officers, employes, or agents thereof, acting in their official capacity . . ." is involved. See Act of July 31, 1970, P. L. 673, Art. IV, §402(4), 17 P.S. §211.402(4).

Mr. Chief Justice BELL took no part in the consideration or decision of this case.